# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID D. JONES,

      Plaintiff,

v.                                                                       Case No. 6:17-cv-355-Orl-18GJK

SECRETARY, DEPARTMENT OF
VETERAN AFFAIRS,
      Defendant.

_____

# ORDER

THIS CAUSE comes for consideration on Plaintiff David D. Jones's Motion for Leave to Proceed in Forma Pauperis (Doc. 2) and Motion to Appoint Counsel (Doc. 5), which the Court referred to United States Magistrate Judge Gregory J. Kelly for a Report and Recommendation.

On May 15, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 10). Having reviewed the Report and Recommendation (Doc. 10) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 10) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.
2. Plaintiff David D. Jones's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED**;
3. Plaintiff David D. Jones's Complaint (Doc. 1) is **DISMISSED** without prejudice;
4. Plaintiff David D. Jones shall have twenty-one (21) days from the date of this order to do the following:
   a. File an amended complaint along with Plaintiff's charge of discrimination filed with the EEOC and his right-to-sue letter; and
   b. File a renewed application to proceed *in forma pauperis* or pay the filing fee in full.

5. Plaintiff David D. Jones's Motion to Appoint Counsel (Doc. 5) is **DENIED**.

**The Clerk of the Court is directed to send a copy of this Order to Plaintiff David D. Jones by regular and certified mail.**

**DONE** and **ORDERED** in Orlando, Florida on this ___9___ day of June, 2017.

 _____
 **G. KENDALL SHARP**
 SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party